UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

ERICA VASCONCELLOS as Administratrix of the Estate
of Dashawn Vasconcellos, deceased and ERICA
VASCONCELLOS, individually,

                                                    Plaintiff,

                             -against-

THE CITY OF NEW YORK
SGT. JOSEPH CRUZADO, SH. # 11022
DET. RAFAEL RAMOS, Sh. # 6794, DET.
DONNELL MYERS, Sh. #10314 SGT.
RICHARD ZACARESE, Sh. # 1818, &
POLICE OFFICER JOHN DOE 1-10

                                      Defendants.

----------------------------------------------------------------------- x

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS THE SECOND AMENDED COMPLAINT**

12 CV 8445 (CM)

      **PLEASE TAKE NOTICE** that, upon the Declaration of Morgan D. Kunz, dated October 11, 2013, and the exhibits annexed thereto, the memorandum of law dated October 11, 2013, and upon all prior pleadings and proceedings herein, defendants the City of New York, Sergeant Zacarese, Sergeant Cruzado, Detective Myers, and Detective Ramos will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York 10007, at a date and time to be determined by the Court, for dismissal of the amended complaint with prejudice, pursuant to Rule 12(c) and Rule 12(b)(6), on the grounds that the amended complaint fails to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable Colleen McMahon, United States District Judge, dated September 27, 2013, Plaintiff's opposition papers, if any, should be served on the undersigned no later than November 1, 2013.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable Colleen McMahon, United States District Judge, dated September 27, 2013, Defendants' reply papers, if any, shall be served on Plaintiff by November 8, 2013.

Dated:          New York, New York
               October 11, 2013

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                                City of New York
                              *Attorney for Defendants City of New York, Sergeant*
                              *Joseph Cruzado, Detective Rafael Ramos, Detective*
                              *Donnell Myers, Detective Richard Zacarese*
                              100 Church Street, Room 3-189
                              New York, New York 10007
                              (212) 356-2357 / 3549


                              By:     /s/ _____
                                      Morgan D. Kunz & Alison G. Moe
                                      Assistant Corporation Counsels
                                      Special Federal Litigation

TO:    Michael Colihan, Esq. (By First Class Mail)
       Law Offices of Michael Colihan
       44 Court Street, Room 911
       Brooklyn, NY  11201

12 CV 8445 (CM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA VASCONCELLOS as Administratrix of the Estate of
Dashawn Vasconcellos, deceased and ERICA
VASCONCELLOS, individually,

Plaintiff,

-against-

THE CITY OF NEW YORK
SGT. JOSEPH CRUZADO, SH. # 11022
DET. RAFAEL RAMOS, Sh. # 6794, DET.
DONNELL MYERS, Sh. #10314 SGT.
RICHARD ZACARESE, Sh. # 1818, &
POLICE OFFICER JOHN DOE 1-10

Defendants.

## NOTICE OF MOTION

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 3-189*
*New York, N.Y.  10007*
*Of Counsel:  Morgan D. Kunz / Alison G. Moe*
*Tel:  (212) 356-2357 / 3549*