MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street<br>
Suite 906<br>
Brooklyn, New York 11201

Phone (718) 488-7788

POSTED VIA ECF
July 31, 2015

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
NY, NY 10007

RE: Erica Vasconcellos, as Admin of the Estate of
Dashawn Vasconcellos v the City of NY
12- cv- 8445

Dear Judge McMahon:

     I represent the plaintiff in this action. I write this letter to simply and respectfully inform the Court that I have filed all my opposition papers to the City's summary judgment motion in a timely fashion on ECF; it is now 9:55 pm. I have not filed a declaration and second memorandum of law which contains IAB and CCRB material because I had signed a confidentiality agreement with the City. I have provided these direct to Mr. Weingarten of the Law Department and will provide same to the Court via mail. Although ECF provides for the filing of documents under seal I have indeed on occasion received ECF documents intended for others in error and thought it best to proceed in this fashion. I have done the same on other matters without complaint from anyone.

     If this procedure does not meet with the Court's approval I respectfully request I be so informed .

.
     Thank you for your attention and consideration


MC/ll                                                          Very Truly Yours,

                                                           Signed This is an electronic signature

                                                           Michael Colihan

cc: Law Department